

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00133-CR

DAVID MICHAEL DOLLINS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Franklin County, Texas
Trial Court No. F-8840

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

David Michael Dollins, appellant, was convicted of escape and was sentenced to serve two years, six months in jail. Dollins timely filed a notice of appeal July 21, 2014. The appellate record was completed with the filing of the reporter's record September 24, making Dollins' appellate brief originally due October 24. This deadline was extended twice by this Court on Dollins' motion, resulting in the current due date of December 15. Dollins has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed Dollins' third motion to extend as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file Dollins' appellate brief is overruled.

We order counsel to file Dollins' appellate brief(s) with this Court on or before January 5, 2015.

IT IS SO ORDERED.

BY THE COURT

Date:   December 23, 2014